| MASCOUTAH, ILLINOIS POLICE DEPARTMENT<br>3 WEST MAIN STREET<br>MASCOUTAH, IL 62258 | Page 1 | Incident Supplement |
|---|---|---|
| | Case No.<br>14-06-1112 | Supp No.<br>14-06-1112-017 |
| | Supp Reported | 07/08/2014 07:15:00   Tuesday |

| Inc Date Range<br>06/18/2014 11:00:00 To 06/18/2014 14:30:00 | Inc Primary Violation<br>1570 - Public Indecency |
|---|---|
| Inc Location<br>SCHEVE PARK, MASCOUTAH, IL 62258 | |

**Title: REPORT PROVIDED TO SA & USA**

On 7/7/14 around 1300 hours I, Det. Jared Lambert #5849 of the Mascoutah Police Department reviewed this report. While maintaining possession of Nathaniel Winn's cell phone, I decided to manually look through the cell phone in an attempt to locate pictures taken by Winn at the Mascoutah Public Pool on 6/18/14.

Upon reviewing the photo gallery images in the cell phone, I observed the following in the Gallery section under camera (From the home screen go to Apps to Gallery to Camera):

" 3 images of a female subject wearing a pink bikini
" All 3 images of this female subject sitting at a picnic table with the photo taken from her mid-back down
" 4 images of a female subject wearing black bikini bottoms
" All images of this female subject taken of her buttocks
" 2 images of a female subject laying on her stomach (unknown if same female subject)
" 1 image of this same female subject laying on her back
" All of the above images showing to be taken on 6/18/14
" 5 images taken of a group of female subjects standing in the shallow water (All 5 of these images shown to have been taken on 6/9/14)
" These images taken while outside of the fence of the pool

Also on this date I received a phone call from Angela Scott of the United States Attorney's Office. Scott stated her office was contacted by ASA Julie Elliott and Scott said she is interested in pursuing charges against Winn in Federal Court. Scott requested a complete record of this investigation to be transported to her office to review and stated the Federal Bureau of Investigation (FBI) may complete an additional Extraction Report on Winn's cell phone. I advised Scott I would bring her a copy of the report, as well as a copy of the 3 DVDs documented in the previous supplement. I also advised Scott I would maintain possession of Winn's cell phone until requested.

Do to the above, this investigation will be concluded pending further requests from the St. Clair County State's Attorney's Office or the United State's Attorney's Office.

It should be noted I did not download the photographs from the Mascoutah Public Pool I located on Winn's cell phone due to the likelihood the FBI will complete a second Extraction Report.

On 7/8/14 I transported this report, along with all of the attachments, to the St. Clair County State's Attorney's Office. I then transported this report, along with all of the attachments, to the United States Attorney's Office.

| Officer ID :<br>OFC JARED LAMBERT | 5849 | Exhibit J | Reviewed By : | 000089 |
|---|---|---|---|---|

| MASCOUTAH, ILLINOIS POLICE DEPARTMENT 3 WEST MAIN STREET MASCOUTAH, IL 62258 | Page **2** | **Incident Supplement** |
|---|---|---|
| | Case No. **14-06-1112** | Supp No. **14-06-1112-017** |
| | Supp Reported *07/08/2014 07:15:00* | *Tuesday* |

| Inc Date Range 06/18/2014 11:00:00 To 06/18/2014 14:30:00 | Inc Primary Violation 1570 - Public Indecency |
|---|---|
| Inc Location SCHEVE PARK, MASCOUTAH, IL 62258 | |

Title: **REPORT PROVIDED TO SA & USA**

Det. Jared Lambert #5849

| Officer ID: OFC JARED LAMBERT | 5849 | Agency MPD | Exhibit J | Reviewed By: | 000090 |
|---|---|---|---|---|---|