| MASCOUTAH, ILLINOIS POLICE DEPARTMENT | Page 4 | Incident Supplement |
| --- | --- | --- |
| 3 WEST MAIN STREET MASCOUTAH, IL 62258 | Case No. **14-06-1112** | Supp No. **14-06-1112-011** |
| | Supp Reported | *07/01/2014 09:48:00*    *Tuesday* |

| Inc Date Range | Inc Primary Violation |
| --- | --- |
| 06/18/2014 11:00:00 To 06/18/2014 14:30:00 | 1570 - Public Indecency |

| Inc Location |
| --- |
| SCHEVE PARK, MASCOUTAH, IL 62258 |

### Title: WINN STATEMENT

and stated he understood this right. Winn initialed under Number 5. I asked Winn if he had any questions about any of his rights and he stated no. I asked Winn to sign and date the bottom of the form if he understood his Miranda Rights which he completed and dated.

I then went over the Video Statement Checklist with Winn. Winn related the following regarding this form:

" Stated he lived at 324 Salem, Mascoutah with his mother Rita Ganey
" Stated the highest level of education he had completed was the 11th grade
" Stated he could read, write and understand the English language
" Denied being under the influence of alcohol or drugs at the time of the interview
" Denied having any special needs such as glass contacts or hearing aids
" Stated he had recently purchased a new cell phone where his telephone number was 618 960-4675

My interview with Winn began around 0948 hours and lasted approximately 34:13. At the beginning of the interview I informed Winn I wanted to summarize the events of this investigation up to this point to make sure we were in agreement about how things occurred. I advised Winn if I said something which was incorrect to stop me and correct me. I related the following to Winn:

" About a week and a half ago I showed up at his residence
" I informed him of the allegations of him taking pictures of young girls at the pool
" Stated he was not going to allow me to take his cell phone
" He was standing at the doorway of the residence and I asked him to step outside by the tree in the front yard to avoid him running into the house and destroying evidence
" Stated I talked with his sister, Monica Winn, inside the residence briefly but never left his sight
" Stated I had Monica step outside
" Stated moments later Ganey arrived back to her residence from walking her grandson
" Stated I briefly talked with Ganey then asked her to come to his location by the tree
" Stated I informed Ganey of the complaint against him at the pool
" Stated he then agreed to allow me to seize the phone knowing it could not be entered without a search warrant
" Stated he told Ganey he had put his cell phone underneath the couch in the living room in order for her to find it and give it to me
" Stated Ganey was allowed to enter the house to retrieve the cell phone as I followed her
" Stated I took possession of the cell phone with his permission
" We had no further contact until this date

Winn agreed to all of the above. I continued talking with Winn and stated the following occurred on this

Exhibit K 000041