Westlaw.

720 ILCS 5/26-1            Page 1

Formerly cited as IL ST CH 38 ¶ 26-1

▷

**Effective: July 22, 2013**

West's Smith-Hurd Illinois Compiled Statutes Annotated Currentness
  Chapter 720. Criminal Offenses
    Criminal Code
      Act 5. Criminal Code of 2012 (Refs & Annos)
        Title III. Specific Offenses
          Part D. Offenses Affecting Public Health, Safety and Decency
            Article 26. Disorderly Conduct (Refs & Annos)
              →→ **5/26-1. Disorderly conduct**

§ 26-1. Disorderly conduct.

(a) A person commits disorderly conduct when he or she knowingly:

  (1) Does any act in such unreasonable manner as to alarm or disturb another and to provoke a breach of the peace;

  (2) Transmits or causes to be transmitted in any manner to the fire department of any city, town, village or fire protection district a false alarm of fire, knowing at the time of the transmission that there is no reasonable ground for believing that the fire exists;

  (3) Transmits or causes to be transmitted in any manner to another a false alarm to the effect that a bomb or other explosive of any nature or a container holding poison gas, a deadly biological or chemical contaminant, or radioactive substance is concealed in a place where its explosion or release would endanger human life, knowing at the time of the transmission that there is no reasonable ground for believing that the bomb, explosive or a container holding poison gas, a deadly biological or chemical contaminant, or radioactive substance is concealed in the place;

  (3.5) Transmits or causes to be transmitted a threat of destruction of a school building or school property, or a threat of violence, death, or bodily harm directed against persons at a school, school function, or school event, whether or not school is in session;

  (4) Transmits or causes to be transmitted in any manner to any peace officer, public officer or public employee a report to the effect that an offense will be committed, is being committed, or has been committed, knowing at the time of the transmission that there is no reasonable ground for believing that the offense will be committed, is being committed, or has been committed;

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

Exhibit M